UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

In re:                                )
                                      )
Morgan T. Green, Jr.                  )    Case No. 13-30844
                                      )    Chapter 13
                                      )
       Debtor                         )

**AGREED ORDER IN REINSTATEMENT OF CASE**

This matter came before the court on the Motion to Reinstate filed by the debtor, Morgan T. Green, Jr. and the objection of the creditor, Professional Financial Services ("PFS") by their respective counsel, and the Court reviewed the record, conducted a hearing and being sufficiently advised, IT IS HEREBY ORDERED as follows:

1. The debtor's Chapter 13 proceeding is reinstated and the vehicle at issue, a 2002 Lexus ES 300 shall be released to the debtor.

2. The creditor, Professional Financial Services ("PFS"), shall be paid adequate protection payments from the Chapter 13 Trustee in the sum of no less than $150.00 per month.

3. The creditor, Professional Financial Services ("PFS"), shall file a supplemental proof of claim with this court for repossession fees, storage fees, and costs which shall be paid as an administrative priority claim by the Chapter 13 Trustee.

4. Should the debtor fail to make the Chapter 13 Plan payments, the Chapter 13 Trustee or the creditor, Professional Financial Services ("PFS"), may send Debtor and counsel for Debtor a 10 day notice of Notice of intent to file a Notice of Dismissal without further order from this court.

    5.  If the default is not cured within that 10-day period, then a Notice of Dismissal may be filed without further hearing or order from this Court and by agreement of the parties hereto. The only ground for objection to such a Notice shall be that payments were made.

    6.  The debtor's attorney is awarded an attorney fee in the sum of $200.00 to be paid through the Chapter 13 Plan as an administrative fee.


IT IS AGREED AND THEREFORE, ORDERED

*Thomas H. Fulton*
Thomas H. Fulton
United States Bankruptcy Judge

Dated:  December 1, 2014

CASEY BAILEY & MAINES, PLLC


/s/_____
Amanda P. Thompson, Attorney
Counsel for Creditor, Professional Financial
    Services ("PFS")
3151 Beaumont Centre Circle, Ste 200
Lexington, KY  40513
(859) 243-0228


KURTZ AND KURTZ, PLLC


/s/_____
Christopher T. Kurtz, Attorney
Counsel for Debtor, Green
2721 Taylorsville Road
Louisville, KY 40205
(502) 423-0846